

# Fourth Court of Appeals
## San Antonio, Texas

February 2, 2018

No. 04-18-00054-CR

**IN RE** Jerry Paul **ROSE**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Sandee Bryan Marion, Chief Justice
                  Patricia O. Alvarez, Justice
                  Irene Rios, Justice

On January 31, 2018, relator filed a petition for writ of mandamus. After considering the petition, the court is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on February 2, 2018.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of February, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause Nos. B09-410 & B09-540, styled *The State of Texas v. Jerry Paul Rose*, pending in the 198th Judicial District Court, Kerr County, Texas, the Honorable Rex Emerson presiding.